PER CURIAM.
Affirmed. See Adaway v. State, 902 So.2d 746 (Fla.2005); DuBoise v. State, 520 So.2d 260 (Fla.1988); Land v. State, 93 So.3d 1028 (Fla. 2d DCA 2011) (table decision); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Richards v. State, 738 So.2d 415 (Fla. 2d DCA 1999); McMillan v. State, 832 So.2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So.2d 334 (Fla. *442 4th DCA 1998); Cotton v. State, 395 So.2d 1287 (Fla. 1st DCA 1981).
DAVIS, C.J., and CRENSHAW and BLACK, JJ., Concur.